UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TONY CAREY,<br><br>                Plaintiff,<br>     v.<br>FRYRE,<br><br>                Defendant. | Case No. 3:16-cv-00362-MMD-WGC<br><br>DISMISSAL BY COURT<br>FOR WANT OF PROSECUTION |

This action has been pending in this Court for more than nine months without any proceeding having been taken therein during such period. On January 24, 2019, the Court issued an order informing Plaintiff that this action will be dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1, if no action is taken in this case by February 23, 2019.[1] (ECF No. 28.) Plaintiff has failed to comply with that order.

It is therefore ordered that the above entitled action is dismissed without prejudice for want of prosecution pursuant to the provisions of LR 41-1. The Clerk of Court is directed to close this case.

DATED THIS 26th day of February 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] This order was returned to the Court as undeliverable. (ECF No. 19.) Plaintiff has apparently failed to file a notice of change of address as required under LR IA 3-1.